429 A.2d 54

Commonwealth v. DiVietro, Appellant.

Argued March 10, 1980. Jeffrey R. Dimmich, for appellant; James J. Narlesky, Assistant District Attorney, for Commonwealth, appellee.

Before SPAETH, BROSKY and VAN der VOORT, JJ.

The judgment of sentence is hereby affirmed.

429 A.2d 54

Commonwealth v. Freeman, Appellant.

Submitted December 6, 1979. Lee Mandell, for appellant; Robert L. Steinberg, Assistant District Attorney, for Commonwealth, appellee.

Before BROSKY, WICKERSHAM and EAGEN, JJ.*

Order affirmed.

* Chief Justice Michael J. Eagen of the Supreme Court of Pennsylvania, is sitting by designation.